UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

BROWN
v.
AMERICAN GULF

FILED
NOV - 4 2003
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

SCHEDULING ORDER AFTER
PRE-ARGUMENT CONFERENCE

Address all inquiries to:
212-857-8760

FILED
DEC 1  11 21 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Scheduling Order No. __2__

Docket No. __03-7632__

A Pre-argument Conference has been held herein. Counsel for __appellant__ ha__s__ requested a modification of the previous scheduling order. Accordingly, the following new scheduling order is hereby entered.

IT IS HEREBY ORDERED that the index to the record on appeal, a certified copy of the docket entries, and the clerk's certificate shall be filed on or before __Dec. 3, 2003__. The documents constituting the record on appeal shall not be transmitted until requested by this Court, but will be required within 24 hours of such request.

IT IS FURTHER ORDERED that the brief of the appellant(s) and the joint appendix be filed on or before __Dec. 8, 2003__.

IT IS FURTHER ORDERED that the brief of the appellee(s) be filed on or before __Jan. 12, 2004__.

IT IS FURTHER ORDERED that ten (10) copies of each brief shall be filed with the Clerk.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard not earlier than the week of __Feb. 23, 2004__. All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to counsel.

IT IS FURTHER ORDERED that in the event of default by the appellant in filing the record on appeal, or the appellant's brief and joint appendix at the times directed, or upon default by the appellant regarding any other provision of this order, the appeal may be dismissed forthwith without further notice.

IT IS FURTHER ORDERED that if the appellee fails to file a brief within the time directed by this order, the appellee shall be subject to such sanctions as the Court may deem appropriate.

ROSEANN B. MACKECHNIE, Clerk
By:
Stanley A. Bass

Stanley A. Bass, Staff Counsel

Date: __Nov. 3, 2003__