NHCT 76

# United States District Court
### DISTRICT OF CONNECTICUT

FILED
DEC 15  3 54 PM '03
U.S. DISTRICT COURT
NEW HAVEN CT

SEAN BROWN

Plaintiff

VS.

AMERICAN GOLF CORPORATION
Defendant

CIVIL ACTION NO:
301CV1606 (PCD)

USCA NO. 03-7632

November 24, 2003

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES AND INDEX IN LIEU OF RECORD ON APPEAL.

DATE: 12.5.03 TM
ROSEANN B. MacKECHNIE
CLERK, U.S.C.A. 2ND CIRCUIT

## INDEX TO THE RECORD ON APPEAL

### VOLUME I

| DATE FILED | CT DOC. NO. | DOCMENT NAME | DOC. NO. |
|---|---|---|---|
| 8-23-01 | 1 | COMPLAINT | 1 |
| 8-24-01 | 2 | ORDER ON PRETRIAL DEADLINES | 2 |
| 8-24-01 | 3 | SUPPLEMENTAL ORDER | 3 |
| 11-13-01 | 4 | APPEARANCE FOR AMERICAN GOLF | 4 |
| 11-20-01 | 5 | MOTION, AMERICAN GOLF | 5 |
| 12-05-01 | 6 | RESPONSE BY SEAN BROWN | 6 |
| 12-17-01 | 7 | REPORT OF PARTIES PLANNING MEETING | 7 |
| 12-27-01 | 10 | MOTION, AMERICAN GOLF CORP | 10 |
| 01-14-02 | 11 | SUMMONS | 11 |
| 01-14-02 | 12 | NOTICE, EX-PARTE FILING | 12 |
| 01-16-02 | 13 | NOTICE, EX-PARTE MEMOMRANDUM | 13 |

03-7632 index

| Date | No. | Description | Page |
|---|---|---|---|
| 01-22-02 | 14 | SETTLEMENT/STATUS CONFERENCE | 14 |
| 02-20-02 | 15 | MOTION, AMERICAN GOLF | 15 |
| 02-20-02 | 16 | MEMORANDUM, AMERICAN GOLF | 16 |
| 02-20-02 | 17 | STIPULLATION | 17 |
| 03-25-02 | 18 | MOTION, AMERICAN GOLF | 18 |
| 04-08-02 | 19 | ANSWER AND SPEICAL DEFENSES | 19 |
| 05-16-02 | 20 | MOTION, AMERICAN GOLF | 20 |
| 08-19-02 | 21 | MOTION, AMERICAN GOLF | 21 |
| 09-17-02 | 22 | MOTION, AMERICAN GOLF | 22 |
| 10-04-02 | 23 | MOTION BY PLAINTIFF | 23 |
| 10-16-02 | 24 | APPEARNANCE | 24 |
| 10-18-02 | 25 | TRIAL PREPARTION ORDER | 25 |
| 11-04-02 | 26 | MOTION, AMERICAN GOLF | 26 |
| 11-04-02 | 27 | MEMORANDUM, AMERICAN GOLF | 27 |
| 11-04-02 | 28 | STATEMENT OF MATERIAL FACTS | 28 |
| 11-04-02 | 29 | AFFIDAVIT OF NICHOLE J. ANKER | 29 |
| 11-04-02 | 30 | AFFIDAVIT OF SEAN C. BROWN | 30 |
| 11-04-02 | 31 | MEMORANDUM, SEAN BROWN | 31 |
| 11-04-02 | 32 | MEMORANDUM, SEAN BROWN | 32 |
| 11-04-02 | 33 | REPLY, AMERICAN GOLF | 33 |

| | | | |
|---|---|---|---|
| 11-04-02 | 34 | REPLY, AMERICAN GOLF | 34 |
| 11-04-02 | 50 | STATEMENT OF MATERIAL FACTS | 35 |
| 11-08-02 | 35 | NOTICE OF COMPLIANCE | 36 |
| 11-22-02 | 36 | MOTION, AMERICAN GOLF | 37 |
| 12-16-02 | 37 | NOTICE OF COMPLIANCE WITH TRIAL PREP | 38 |
| 12-16-02 | 38 | MOTION, AMERICAN GOLF | 39 |
| 12-16-02 | 39 | MEMORANDUM, AMERICAN GOLF | 40 |
| 12-23-02 | 40 | MOTION, SEAN BROWN | 41 |
| 12-26-02 | 41 | MOTION, AMEICAN GOLF | 42 |
| 01-13-03 | 42 | MOTION, SEAN BROWN | 43 |
| 01-14-03 | 43 | OBJECTIONS, AMERICAN GOLF | 44 |
| 01-14-03 | 44 | AFFIDAVIT OF NICHOLE ANKER | 45 |
| 01-17-03 | 45 | COMPLAINCE, SECTION 'C' OF TRIAL PREP | 46 |
| 02-14-03 | 46 | ORDER, RETURNING LOCAL RULE 9 (2) | 47 |
| 02-20-03 | 47 | MOTION, SEAN BROWN | 48 |
| 02-21-03 | 48 | STATEMENT OF MATERIAL FACTS | 49 |
| 03-03-03 | 51 | AMENDED STATEMENT | 50 |
| 04-29-03 | 49 | RULING | 51 |
| 05-09-03 | 52 | MOTION, AMERICAN GOLF | 52 |
| 05-09-03 | 53 | MOTION, ASMERICAN GOLF | 53 |
| 05-09-0-3 | 54 | AFFIDAVIT OF NICHOLE J. ANKER | 54 |
| 05-12-03 | 55 | MOTION, AMERICAN GOLF | 55 |
| 05-12-03 | 56 | MEMORANDUM, AMERICAN GOLF | 56 |

| Date | No. | Description | |
|---|---|---|---|
| 05-13-03 | 57 | MOTION, AMERICAN GOLF | 57 |
| 05-13-03 | 58 | MEMORANDUM, AMERICAN GOLF | 58 |
| 05-19-03 | 59 | APPEARANCE OF ATTY. FOR SEAN BROWN | 59 |
| 05-19-03 | 60 | JURY SELECTION HELD, JURY TRIAL | 60 |
| 05-22-03 | 61 | MOTION, AMERICAN GOLF | 61 |
| 05-22-03 | 62 | ORDER RE: EXPEDITED BRIEFING SCHEDULE | 62 |
| 05-23-03 | 63 | OBJECTIONS, SEAN BROWN | 63 |
| 05-23-03 | 64 | MEMORANDUM, SEAN BROWN | 64 |
| 05-28-03 | 65 | REPLY, AMERICN GOLF | 65 |
| 06-02-03 | 66 | OBJECTIONS, SEAN BROWN | 66 |
| 06-02-03 | 67 | REPLY, SEAN BROWN | 67 |
| 06-02-03 | 68 | RULING, GRANTING MOTION FOR RECON. | 68 |
| 06-02-03 | 70 | OBJECTIONS, SEAN BROWN | 69 |
| 06-03-03 | 69 | MOTION, AMERICAN GOLF | 70 |
| 06-04-03 | 71 | JUDGEMENT FOR AMERICAN GOLF | 71 |
| 06-10-03 | 72 | NOTICE OF APPEAL | 72 |

PLAINTIFF
SEAN BROWN

BY: *[signature]*
EROLL V. SKYERS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203-362-1230/ Fax: 203-368-6985
Email: EVSKYERS@BARRISTERLAWGROUP.COM
Federal Bar No. CT12856

## **CERTIFICATION**

This is to certify that a copy of the foregoing INDEX TO THE RECORD ON APPEAL, was sent on this the 24th day of November, 2003, via first-class mail, upon the following:

United States Court of Appeals
For the Second Circuit
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007

The Honorable Peter C. Dorsey
United States District Judge
United States District Court
Church Street
New Haven, Connecticut

Deborah S. Freeman
Nicole Anker
BINGHAM McCUTCHEN, LLP
One State Street
Hartford, CT 06103

Eroll V. Skyers, Esq.,